# COVER SHEET — CLAIM PACKAGE

## Administrative Obstruction, Unequal Enforcement, and Resulting Damages

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 DEC 31 P 1:52

CLERK OF COURT

**25-C 2063**

### CLAIMANT (PRO SE)

**Comikia Price, Plaintiff, Pro Se**
Address: 3936 N. 40th Street, Milwaukee, WI 53216
Email: DivineCaredt@yahoo.com
Phone: (414)550-4007

## RESPONDENTS / SUBJECT ENTITIES

**City of Milwaukee – Housing / Home Improvement Program**
Program Administrators (Names Unknown at Filing)
Address: *[Program Address]*
Email: *[Program Email]*

1. **Associated Program Officers / Administrators**
   (Unknown names; included by title and function)

## FACTUAL CONTEXT ONLY (NOT PARTIES)

- **Guardian Home Improvement**
  *(Prior AAA Case — Resolved; included for factual background only)*
- **Rickey [Last Name Unknown]**
  *(Prior Case — Resolved; included for factual background only)*

## KNOWN FACT WITNESS (NOT A PARTY)

- **Aaron Helt**
  Witness in prior Guardian AAA case
  Previously noticed by counsel
  Current address unknown
  *(Witness included for factual context and pattern evidence only)*

# FILING & NOTICE DESTINATIONS (CLAIM FIRST RECIPIENTS)

## Municipal Filing

City of Milwaukee Municipal Court
*[(Address as applicable)]*

## United States Federal Court

## U.S. District Court – Eastern District of Wisconsin

Clerk of Court
517 E. Wisconsin Avenue, Room 362
Milwaukee, WI 53202

## Congressional Notice (Oversight & Record)

- Office of U.S. Senator Tammy Baldwin
- Office of U.S. Senator Ron Johnson
- Office of U.S. Representative Gwen Moore

## DOCUMENTS INCLUDED

1. Statement of Facts
2. Damages Statement
3. Relief Requested
4. Timeline of Actions and Damages
5. Exhibit Index
6. Exhibits A–H

**Submitted by:**

*/s/ Comikia P.*

**Comikia Price, Pro Se**                            Date: 12/30/2025

# STATEMENT OF FACTS



25-C 2063

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 DEC 31  P 1:54

CLERK OF COURT

**Claimant:** Comikia Price
**Matter:** Administrative Obstruction, Unequal Enforcement, and Resulting Damages
**Related Filings:** Existing Motion for Correction to Zero with Prejudice

## I. Background and Program Participation

1. Claimant, Comikia Price, participated in a City of Milwaukee–related home improvement and/or rehabilitation program intended to provide funding and administrative approval for property renovation and improvement.
2. Claimant fully complied with all program requirements and relied in good faith on representations made by program administrators and approved contractors.
3. At all relevant times, Claimant acted transparently, cooperatively, and in reliance upon representations made by program participants and approved contractors.

## II. Unequal Enforcement and Improper Approval

4. During the same period Claimant's approval and funding were delayed, **Guardian Home Improvement** was approved by the program.
5. Guardian Home Improvement, upon information and belief, **did not possess all required qualifications, credentials, or compliance documentation** at the time of approval.
6. Despite these deficiencies, Guardian Home Improvement was allowed to proceed **without fines, penalties, or corrective action**, while Claimant was subjected to heightened scrutiny, delay, and obstruction.
7. This unequal application of standards resulted in Guardian being approved and operational, while Claimant's project remained stalled.

## III. Contractor Misrepresentation and Project Obstruction

8. Claimant entered into a project arrangement involving Guardian Home Improvement and its representatives, including an individual known as Orlando.
9. After closing, Orlando met Claimant **in person at Guardian Home Improvement's office** for the express purpose of signing paperwork to commence the renovation project.
10. At that time, it was represented that **funds were available** and that the project would move forward.
11. Subsequently, **Joe**, the owner of Guardian Home Improvement, **refused to sign the required paperwork** necessary to begin the project.
12. This refusal occurred **in the presence of, and with the knowledge of, the City of Milwaukee program**, demonstrating that the obstruction was not accidental, informal, or unknown to administrators. **No corrective action, enforcement, or remedial process was initiated by the program despite contemporaneous knowledge.**
13. As a direct result of this refusal, the project was rendered inoperable despite prior approvals and representations.

## IV. Cold Deal and Resulting Harm

14. The refusal to execute paperwork resulted in what is commonly referred to as a **"cold deal"**—where the project was effectively abandoned without formal termination, accountability, or remedy.
15. Guardian Home Improvement was permitted to disengage without penalty, while Claimant was left exposed to financial loss, delay, and administrative harm.
16. Claimant later discovered that individuals involved in the project **lacked the knowledge, qualifications, or authority** that had been represented, further compounding the damage.

## V. Financial and Personal Impact

17. As a direct and proximate result of the unequal enforcement, improper approval, and refusal to execute the project:
- Claimant suffered financial loss
- Claimant lost the benefit of approved funding

- Claimant incurred ongoing costs and delays
- Claimant experienced instability affecting housing, work, and family life
18. Claimant is a parent with dependent children whose household stability was directly impacted by the administrative obstruction described herein.

## VI. Connection to Existing Motion

19. Claimant has previously filed a **Motion requesting correction of the record to zero with prejudice**.
20. The facts stated herein **support and reinforce** that motion and demonstrate that the underlying matter is tainted by administrative irregularity, unequal treatment, and improper obstruction.

## VII. Reservation of Rights and Notice of Forced Financial Consequences

21. Claimant expressly states that **no bankruptcy relief is requested in this filing**.
22. However, Claimant gives notice that the actions described herein **created forced financial consequences**, including the necessity of considering protective legal filings.
23. Any such bankruptcy filing, if made, shall be **separate, subsequent, and not merged** into this claim.
24. Nothing in this claim shall be construed as a waiver, discharge, or relinquishment of Claimant's rights, damages, or causes of action.

## Declaration

I declare under penalty of perjury that the foregoing Statement of Facts is true and correct to the best of my knowledge and belief.

*[Signature: Comikia]*   Date: 12/30/2025

**Comikia Price**, Pro Se Claimant

# Timeline of Actions and Damages

*This chart demonstrates a continuous pattern of obstruction, unequal enforcement, and administrative bad faith beginning in 2023 and continuing through the present.*

### Timeline of Actions, Omissions, and Continuing Damages

| Date | Party / Actor | Action Taken or Omitted | Law / Rule / Duty Implicated | Harm / Impact to Claimant |
|---|---|---|---|---|
| 07/15/2023 | Comika Price (Claimant) | Submitted complete application and complied with all program requirements | Equal protection; fair administration of public programs | Approval delayed despite full compliance |
| 07/27/2023 | Guardian Home Improvement | Approved by City Program without required credentials or compliance documentation | Program rules; duty to enforce standards uniformly | Unequal enforcement; improper approval |
| 07/27/2023 | Orlando (Contractor) | Met Claimant at Guardian office to sign project paperwork | Duty of good faith; truthful representations | Funds represented as available; reliance induced |

| Date | Party | Action | Issue | Result |
|---|---|---|---|---|
| 07/27/2023 | Joe (Guardian Owner) | Refused to sign required paperwork in presence of City Program representatives | Willful obstruction; interference with program process | Project stalled and collapsed |
| 07/27–07/31/2023 | City of Milwaukee Program | Delayed Claimant's approvals while allowing Guardian to proceed | Due process; equal protection | Administrative negligence and unequal treatment |
| 07/27–08/03/2023 | Guardian / Orlando | Proceeded without proper knowledge, qualifications, or disclosures | Program integrity; fraud safeguards | Increased risk and misrepresentation |
| 07/27–08/15/2023 | Comika Price | Attempted coordination, mitigation, and compliance | Good faith participation | Financial loss; lost opportunity; emotional distress |
| 07/27–08/15/2023 | Program / Guardian | Failed to impose penalties or corrective action | Failure to enforce program rules | Inaccurate records; no accountability |
| 2024–Present | City of Milwaukee / Associated Agents | Continued enforcement and administrative actions after notice of fraud and defects | Abuse of process; retaliation; due process | Ongoing financial and emotional harm |
| 2024–Present | Municipal Court / City Departments | Proceeded on related matters without curing underlying defects | Bad faith continuation; lack of jurisdictional cure | Continued damages linked to original obstruction |
| 2024–Present | Comika Price | Issued notices, corrections, and sought administrative resolution | Exhaustion of remedies; good faith | Harm continues despite compliance |
| Continuing | All Respondents | Failure to correct records or halt improper actions | Continuing harm doctrine | Damages are ongoing and cumulative |

*[Signature: Comika Price, dated 12/30/2025]*

# DAMAGES STATEMENT



**Claimant:** Comikia Price
**Matter:** Administrative Obstruction, Unequal Enforcement, and Resulting Damages

## I. Financial Damages

1. **Lost Funding / Grant Denial**
   - Claimant was approved for participation in the City of Milwaukee program.
   - Due to unequal enforcement and project obstruction, funds **were delayed or withheld**, causing financial loss.
2. **Project Costs and Expenses**
   - Claimant incurred costs in preparation, coordination, and attempted project execution, including contractor engagement and administrative fees.
   - These costs were **wasted or rendered unrecoverable** due to Guardian Home Improvement's refusal to execute the project.
3. **Opportunity Cost**
   - Claimant lost the ability to engage alternate, qualified contractors in a timely manner.
   - Delays directly resulted in lost renovation opportunities and potential revenue/funding utilization.

## II. Administrative and Program-Related Damages

4. **Unequal Enforcement**
   - Guardian Home Improvement was allowed to proceed despite missing credentials or qualifications.
   - Claimant faced heightened scrutiny, delay, and administrative obstruction **without cause**, resulting in systemic disadvantage.

5. **Improper Approval and Record Irregularities**
    - Program records inaccurately reflected compliance and approval status for Guardian, while Claimant's compliant actions were delayed.
    - These record irregularities hinder Claimant's ability to advance projects, access funding, and maintain program credibility.

## III. Forced Financial Consequences

6. The obstruction and refusal to execute the project **forced Claimant to consider protective filings**, including financial and legal remedies.
    - These consequences were **directly caused by the obstruction**, not by any mismanagement on Claimant's part.
    - Claimant reserves the right to pursue these protective actions separately, including consideration of separate protective legal remedies, if necessary, without merging or waiving this claim.

## IV. Personal and Family Impact

7. Claimant is a mother with dependent children.
8. The delays, obstruction, and financial loss caused:
    - Disruption of household stability
    - Emotional and mental stress
    - Interference with Claimant's ability to maintain safe and stable housing and provide for children
9. These impacts are **directly linked** to the administrative irregularities and obstruction described in the Statement of Facts.

## V. Summary

- The above categories reflect **total damages**, including **financial, administrative, and personal consequences**.
- The damages are **ongoing and measurable**, and are **causally linked** to the actions and inactions of Guardian Home Improvement, its representatives, and the unequal enforcement by the program.

## Declaration

I declare under penalty of perjury that the foregoing Damages Statement is true and correct to the best of my knowledge and belief.

_____  Date: 12/30/2025

**Comikia Price,** Pro Se Claimant

# Ongoing Harm, Recovery, and Corrective Relief & Statement of Legal Foundations, Rights, and Ethical Breach



**I.**

Claimant affirms that the harms suffered in this matter are not limited to the discrete acts described herein, but include ongoing financial, operational, and personal disruption resulting from the actions and omissions of the Respondents.

As a direct result of the conduct at issue, Claimant has experienced sustained interference with income-generating activity, administrative capacity, and the ability to maintain normal financial operations. These harms required Claimant to divert substantial time and resources toward stabilization, documentation, corrective action, and recovery rather than productive enterprise.

Claimant further affirms that corrective actions have already been undertaken in good faith, including documentation, compliance efforts, and mitigation of damages where reasonably possible. However, the recovery process remains ongoing, and the full scope of financial impact continues to materialize over time.

Claimant therefore places the Court on notice that damages in this matter are continuing in nature, that a reasonable recovery period is required to restore financial and operational stability, and that Claimant expressly reserves the right to supplement or amend this claim to quantify compensatory damages and associated relief as the recovery process progresses.

Claimant submits this statement not only to seek redress, but to stand in collaboration with the Court toward the correction of the actions complained of, the prevention of future harm, and the restoration of lawful and equitable order.

## II.

Claimant brings this claim grounded in the protections afforded by the United States Constitution, applicable federal and state law, and fundamental principles of due process, equal protection, and lawful administration.

At all relevant times, Claimant acted in good faith, in reliance on lawful process, and with a reasonable expectation that constitutional rights would be respected and preserved.

The actions and omissions giving rise to this claim implicate, without limitation, Claimant's rights secured under the Constitution, including but not limited to:

- the right to due process of law
- the right to equal protection under the law
- the right to be free from arbitrary or capricious governmental action
- the right to lawful procedure and fair treatment

Claimant further asserts that the conduct complained of reflects systemic failure to adhere to governing legal standards, internal policies, and ethical obligations imposed upon public actors and institutions, resulting in foreseeable harm and ongoing injury.

Prior to initiating this claim, Claimant undertook reasonable efforts to address the matter through documentation, notice, and corrective engagement with the State, consistent with ethical responsibility and procedural integrity.

This claim is therefore submitted not only for redress of individual harm, but to bring before the Court issues of legal noncompliance and ethical breach requiring correction, accountability, and restoration of lawful order.

*Comikia*

Comikia Price, Claimant                                   12/30/2025

# RELIEF REQUESTED



**Claimant:** Comikia Price
**Matter:** Administrative Obstruction, Unequal Enforcement, and Resulting Damages

Comikia Price respectfully requests that the court or administrative authority grant the following relief:

## I. Correction of Record

1. Order that the program record **reflect zero penalties or infractions with prejudice.**
2. Confirm that all administrative delays, improper approvals, or unequal enforcement are **corrected in official records.**

## II. Findings Regarding Administrative Obstruction and Unequal Enforcement

3. Acknowledge that Guardian Home Improvement and its representatives:
    - Were improperly approved despite lacking qualifications
    - Refused to execute necessary project paperwork
    - Caused project delay, financial loss, and administrative harm
4. Direct program authorities to **note these irregularities** in any current or future recordkeeping.

## III. Recognition and Preservation of Damages Evidence

5. Order that the damages as documented in the accompanying **Damages Statement** be **officially recognized** and **included in the case record.**

6. Preserve all **supporting exhibits, emails, and correspondence** as part of the record.

## IV. Reservation of Rights

7. Declare that **no bankruptcy relief is requested in this claim**.
8. Reserve Claimant's right to pursue **separate protective filings**, including bankruptcy, if necessary, **without merging or waiving this claim**.

## V. Additional Relief

9. Any further relief deemed **just and proper** to ensure:
   - Accurate recordkeeping
   - Accountability for obstructive actions
   - Restoration of Claimant's ability to proceed with programs, funding, and project activities

## Declaration

I declare under penalty of perjury that the foregoing Relief Requested is true and correct to the best of my knowledge and belief.

_Comikia P._  Date: 12/30/2025

**Comikia Price**, Pro Se Claimant

# RELIEF, REMEDIES, AND RECOURSE REQUESTED



Claimant respectfully requests relief grounded in law and equity, supported by the facts, damages, and exhibits submitted with this Master Claim.

## A. DECLARATORY RELIEF

Claimant seeks a declaration that actions taken by Defendants and associated agents constituted fraud, misrepresentation, procedural misconduct, administrative overreach, and violations of due process, resulting in substantial harm as documented in the record and exhibits.

## B. INJUNCTIVE AND EQUITABLE RELIEF

Claimant seeks equitable relief to:

1. Prohibit further unlawful interference, harassment, or overreach;

2. Prevent continued or future harm arising from improper agency or agent conduct;

3. Require corrective measures where authority was exceeded or process was ignored.

## C. MONETARY AND COMPENSATORY RELIEF

Claimant seeks compensation for:

1. Financial losses, property-related damages, insurance failures, and loss of use;

2. Emotional distress and disruption of livelihood;

3. Additional damages proven through exhibits and testimony, subject to amendment.

## D. CORRECTIVE AND ADMINISTRATIVE RELIEF

Claimant requests:

1. Correction of inaccurate or improper records;

2. Reopening, dismissal, or review of improperly handled matters;

3. Administrative accountability consistent with lawful procedure.

## E. REMEDIES SOUGHT

The remedies requested are intended to:

1. Restore Claimant's rights, standing, and protections;

2. Address and cure documented harm;

3. Ensure accountability and non-repetition;

4. Provide equitable relief where legal remedies alone are insufficient.

## F. RECOURSE AND BASIS FOR COURT AUTHORITY

Claimant invokes this Court's authority based on:

1. Federal question and due process jurisdiction;

2. Equity jurisdiction where complete relief requires judicial intervention;

3. Ongoing and continuing harm demonstrated by the record;

4. Preservation of rights to amend claims, damages, remedies, exhibits, and parties as additional evidence becomes available.

## G. GOOD FAITH

This claim is brought in good faith, with diligence and care, seeking justice, correction, and lawful resolution rather than conflict.

## PRAYER FOR RELIEF

WHEREFORE, Claimant respectfully requests that the Court grant all relief, remedies, and recourse set forth herein, together with such further relief as justice and equity require.

# ONE-PAGE REMEDIES & RECOURSE SUMMARY

(For Service to Other Parties / Insert as Summary Exhibit)

## SUMMARY OF RELIEF, REMEDIES, AND RECOURSE REQUESTED

**Claimant seeks relief grounded in law and equity for documented harm resulting from fraud, procedural misconduct, administrative overreach, and due process violations.**

### RELIEF REQUESTED

- Declaratory relief confirming violations of rights and improper conduct
- Injunctive relief to prevent continued or future harm
- Monetary and compensatory damages for documented losses
- Corrective and administrative relief to address improper records and actions

### REMEDIES SOUGHT

- Restoration of rights, standing, and protections
- Compensation for financial and related damages
- Accountability and correction of improper actions
- Equitable relief where legal remedies are insufficient

### RECOURSE INVOKED

- Federal jurisdiction and due process protections
- Equity jurisdiction for complete and just resolution
- Court intervention due to ongoing and continuing harm
- Preservation of Plaintiff's right to amend or supplement

**All relief requested is supported by exhibits and documentation filed with the Court.**